JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ZURICH INSURANCE (GUAM), INC.

## DEFENDANTS

GOVERNMENT OF GUAM

03-00033

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 S Marine Dr., Tamuning, GU 96913

ATTORNEYS (IF KNOWN)
N/A

RECEIVED
AUG 25 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 690 Other | ☐ 840 Trademark | |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| | ☐ 362 Personal Injury — Med. Malpractice | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| | ☐ 365 Personal Injury — Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | |
| **REAL PROPERTY** | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 740 Railway Labor Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | **PERSONAL PROPERTY** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure | ☐ 370 Other Fraud | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 890 Other Statutory Actions |
| ☐ 230 Rent Lease & Ejectment | ☐ 371 Truth in Lending | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 380 Other Personal Property Damage | | | |
| ☐ 245 Tort Product Liability | ☐ 385 Property Damage Product Liability | | | |
| ☐ 290 All Other Real Property | | | | |

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
HABEAS CORPUS:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Complaint to recover tax rebates under the Guam Territorial Income Tax.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND $732,031.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE 8/25/03

SIGNATURE OF ATTORNEY OF RECORD _[signature]_

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Plaintiff
Zurich Insurance (Guam), Inc.



FILED
DISTRICT COURT OF GUAM

AUG 2 5 2003

MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| ZURICH INSURANCE (GUAM), INC., | ) | CIVIL CASE NO. CIV **03-00033** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **COMPLAINT** |
| | ) | |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, Zurich Insurance (Guam), Inc. ("Zurich"), for its complaint against Defendant,

government of Guam, hereby alleges as follows:

1.      This is a complaint to recover tax rebates under the Guam Territorial Income Tax.

This court has exclusive jurisdiction over the subject matter of this action pursuant to 48 U.S.C.

§1424 and 48 U.S.C. §1421i(h)(1).

2.      This action arises under the provisions of 48 U.S.C. §1421i(h)(1), 28 U.S.C.

§1346(a)(1) and also 26 U.S.C. §7422.

3.      Zurich, Employer Identification Number 98-0065418, is a Guam corporation

lawfully organized and operating the business of insurance pursuant to the laws of Guam, with its

principal office at 414 W. Soledad Ave, Suite 900, Hagåtña, Guam 96910.

4. Defendant is the government of Guam.

5. Venue properly lies in this district pursuant to 48 U.S.C. §1421i(h).

## COUNT I

6. On January 1, 1998, the Governor of Guam, upon the recommendation of the Guam Economic Development Authority, issued Qualifying Certificate No. 216 to Zurich.

7. Pursuant to the provisions of 12 G.C.A. §58128.4, Zurich is entitled under its Qualifying Certificate to a 100% rebate of all income tax paid on all income received from insurance underwriting either inside or outside of Guam.

8. On May 1, 2000, Zurich timely filed its income tax return, Form 1120, for tax year 1999 with the Department of Revenue and Taxation, government of Guam.

9. On October 10, 2000, Edward Untalan, Administrator for the Guam Economic Development Authority, issued to Zurich and to Joey Duenas, Tax Commissioner, Department of Revenue and Taxation, government of Guam, a Certificate of Compliance certifying that Zurich was in compliance with the terms and conditions of Qualifying Certificate No. 216 for the fiscal year of January 31, 1999 to December 31, 1999.

10. Zurich paid all taxes due under the Guam Territorial Income Tax with respect to tax year 1999, in the amount of $732,031.00, and has never received from the Department of Revenue and Taxation, government of Guam, a statutory Notice of Deficiency.

11. Zurich's 1999 tax return, Form 1120, disclosed an entitlement to a rebate under Zurich's Qualifying Certificate in the amount of $732,031.00 and constituted Zurich's claim for a tax rebate, filed under penalty of perjury, according to the provisions of law in that regard and the regulations of the Secretary of the Treasury, as required by 26 U.S.C §7422(a).

2

12.     The Department of Revenue and Taxation, government of Guam, has not paid the tax rebate due Zurich for tax year 1999 nor has it delivered to Zurich by registered or certified mail its Notice of Disallowance thereon.

13.     Zurich has exhausted all administrative remedies required of it to secure payment of its tax rebate for tax year 1999.

14.     Zurich has been damaged by the failure of the Department of Revenue and Taxation, government of Guam, to pay the rebate for tax year 1999 in the amount thereof together with applicable interest, attorney's fees and costs according to law and proof.

## COUNT II

15.     Zurich re-alleges and incorporates herein by reference all allegations of Paragraphs 1 through 14 of this Complaint as set forth above.

16.     On June 4, 2001, Joseph T. Duenas, Director and Tax Commissioner for the Department of Revenue and Taxation, government of Guam, through Revenue Agent Lorraine M. Guerrero, acknowledged and approved Zurich's income tax rebate of $732,031.00 for the tax year ending December 31, 1999, and agreed to the payment of that amount.

17.     On June 4, 2001, Joseph T. Duenas, Director and Tax Commissioner for the Department of Revenue and Taxation, government of Guam, certified that Zurich is entitled to an income tax rebate of $732,031.00, for the tax year ending December 31, 1999, and agreed to the payment of that amount.

18.     On November 27, 2001, George V. Cruz, Director and Tax Commissioner for the Department of Revenue and Taxation, government of Guam, acknowledged Zurich's claim for a tax rebate in the amount of $732,031.00 for tax year 1999, and agreed to the payment of that amount.

3

19.     Prior to the commencement of this action, Defendant acknowledged in writing the existence of the debt herein sued on. An account was stated in writing between Zurich and Defendant and on such statement a balance of $732,031.00 is due which Defendant agreed to pay to Zurich.

20.     Although Zurich has demanded payment, no part of the agreed balance has been paid and there is now due, owing and unpaid from Defendant to Zurich the sum of $732,031.00, together with applicable interest, attorney's fees and costs according to law and proof.

WHEREFORE, Zurich prays for judgment as follows:

1.     For the sum of $732,031.00 together with applicable interest according to proof;

2.     For costs of suit;

3.     For attorneys' fees according to proof; and

4.     For such other and further relief as the Court may deem appropriate.

Dated this ___ day of August, 2003.

DOOLEY LANNEN ROBERTS & FOWLER LLP

By: _____
KEVIN J. FOWLER
Attorneys for Plaintiff
Zurich Insurance (Guam), Inc.

KJF:lml F#Z100.129 D#Zurich-1999 Tax Rebate – Complaint

4