# United States District Court

DISTRICT OF  Guam V.S.

ZURICH INSURANCE (GUAM), INC.
           Plaintiff
v.

GOVERNMENT OF GUAM,
           Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03-00033**

FILED
DISTRICT COURT OF GUAM
SEP - 3 2003
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)

Felix P. Camacho
Governor
GOVERNMENT OF GUAM
GOVERNOR'S OFFICE (Ufisinan Maga'lahi)
Post Office Box 2950
Hagatna, Guam 96932

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Fowler, Esq.
DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK _[signature]_
(BY) DEPUTY CLERK

DATE  AUG 25 2003

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE Aug. 26, 2003 |
| NAME OF SERVER (PRINT) Edward G. Perez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SHANNON TAITANO, LEGAL COUNSEL GOVERNOR'S OFFICE AUG. 26, 03 @ 11:15 AM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | $50.00 | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug. 26, 2003
             *Date*

*Signature of Server*

157 Kolepbok Ct. WW Hills, Yona
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.