DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Plaintiff
Zurich Insurance (Guam), Inc.



IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| ZURICH INSURANCE (GUAM), INC., | ) | CIVIL CASE NO. 03-00033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [PROPOSED] |
| | ) | SCHEDULING ORDER |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1(c)(4) for the District Court of Guam, the parties hereby jointly submit the following Scheduling Order:

1. The nature of the case is as follows:

This is an action to recover tax rebates under the Guam Territorial Income Tax for tax year 2000.

2. The posture of the case is as follows:

   a. The following motions are on file:

   No motions have been filed.

   b. The following motions have been resolved:

   Not applicable.

c.  The following discovery has been initiated:

No discovery has been initiated, other than initial disclosures provided by Plaintiff Zurich Insurance (Guam), Inc. to Defendant Government of Guam.

3.  ~~The parties shall appear before the District Court on November 21, 2003 at 3:00 p.m. for the Scheduling Conference.~~

4.  All motions to add parties and claims shall be filed on or before: February 2, 2004, and heard on March 2, 2004.

5.  All motions to amend pleadings shall be filed on or before: February 2, 2004, and heard on March 2, 2004.

6.  Pursuant to Federal Rule of Civil Procedure 26(a)(2), the parties shall disclose to all other parties the identity of all expert witnesses who may testify at trial, and exchange the required copies of the experts' reports by March 31, 2004.

7.  Status of Discovery (Plan):

The parties' separately filed Discovery Plan is adopted and incorporated herein by reference as part of this Scheduling Order.

8.  The discovery cut-off date (defined as the last day to file responses to discovery) is April 30, 2004.

9.  Discovery Motions:

a.  The anticipated discovery motions are: none at this time.

All discovery motions shall be filed on or before May 15, 2004 and heard on or before June 15, 2004.

    b. The anticipated dispositive motions are: Plaintiff's motion for summary judgment.

  10. All dispositive motions shall be filed on or before July 15, 2004, and heard on or before August 15, 2004.

  11. The prospects for settlement are: Good.

  12. The following pretrial disclosures shall be made no later than September 1, 2004.

    a. Pursuant to Local Rule 16.7(b) the parties' trial briefs shall be filed and exchanged;

    b. Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures shall be exchanged.

  13. The Preliminary Pretrial Conference shall be held on September 10, 2004 at 9:30 a.m.

  14. Pursuant to Local Rule 16.7(d), the parties shall file their witness lists, discovery material designations, exhibit lists, and binders containing copies of trial exhibits, on or before September 17, 2004.

  15. Pursuant to Local Rule 16.7(e) Plaintiff shall file the Joint Proposed Pretrial Order on or before September 17, 2004.

  16. The Final Pretrial Conference shall be held on September 24, 2004 at 4:00 p.m.

  17. Pursuant to Local Rule 52.1 the parties shall file their proposed findings of fact and conclusions of law on or before September 24, 2004.

18. Pursuant to Local Rule 16.7, subsections (f) and (g), the parties shall file their motions in limine, and objections to another party's witness lists, discovery material designations, and exhibit lists, on or before September 24, 2004.

19. The trial shall be held on October 1, 2004 at 9:30 a.m.

20. This is not a jury trial.

21. It is anticipated that it will take two days to try this case.

22. The names of counsel on this case are:

   Kevin J. Fowler, Esq.
   DOOLEY LANNEN ROBERTS & FOWLER LLP
   Attorneys for Plaintiff
   ZURICH INSURANCE (GUAM), INC.

   Eric Heisel, Esq.
   Assistant Attorney General
   OFFICE OF THE ATTORNEY GENERAL
   - SOLICITORS DIVISION
   Attorneys for Defendant
   Government of Guam

23. The parties wish to submit this case to a settlement conference.

24. The parties present the following suggestions for shortening trial:

   Stipulations as to documentary evidence.

   Stipulations as to deposition testimony.

///

///

///

///

*Zurich Insurance (Guam), Inc. v. Government of Guam*
District Court of Guam Civil Case No. CV03-00033
[Proposed] Scheduling Order
Page 5

25. The following issues will also affect the status or management of the case:

None currently known.

DATED this 7th day of November, 2003.

JOHN S. UNPINGCO
Chief District Judge

APPROVED AS TO FORM AND CONTENT:

DOOLEY LANNEN ROBERTS & FOWLER LLP

Date: 11/3/03    By:                                    
KEVIN J. FOWLER
Attorneys for Plaintiff

OFFICE OF THE ATTORNEY GENERAL
- SOLICITORS DIVISION

Date: 11/4/03    By:                                    
ERIC A. HEISEL
Attorneys for Defendant

KJF:lml F#Z100.112 D#Zurich-2000 Tax Rebate – [Proposed] Scheduling Order

RECEIVED
NOV 05 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM