DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Plaintiff
Zurich Insurance (Guam), Inc.



FILED
DISTRICT COURT OF GUAM
NOV 07 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| ZURICH INSURANCE (GUAM), INC., ) | CIVIL CASE NO. 03-00033 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | [PROPOSED] JSU |
| ) | **DISCOVERY PLAN** |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   Pursuant to Local Rules 16.1 and 16.2 of the District Court of Guam and the Court's Scheduling Notice dated October 1, 2003, the parties submit the following Discovery Plan:

   1. Plaintiff shall provide to Defendant by November 17, 2003, all initial disclosures required of it under F.R.C.P. 26(a) and Local Rule 26.2. Defendant shall make its initial disclosures as required under F.R.C.P. 26(a) and Local Rule 26.2 on or before November 26, 2003.

   2. The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery, including time and length of discoverable events:

      a.    Plaintiff Zurich Insurance (Guam), Inc. ("Plaintiff") intends to initiate discovery regarding any defenses Defendant Government of Guam may have regarding Plaintiff's claims.

      b.    Plaintiff intends to propound, as to Defendant: 1) Requests for Production of Documents; 2) Interrogatories; and 3) Requests for Admissions, all regarding Defendant's liability to pay the tax rebate claimed due by Plaintiff and any defenses to Plaintiff's claims. Plaintiff intends to complete this discovery within ninety days.

      c.    Plaintiff intends to depose fact and expert witnesses including but not limited to: George Cruz, Director of the Department of Revenue & Taxation, Government of Guam, John Camacho, Assistant Director of the Department of Revenue & Taxation, Government of Guam, and any other personnel of the Department of Revenue and Taxation that may have knowledge of matters relevant to Plaintiff's claims. Plaintiff intends to complete this discovery after obtaining complete responses to written discovery and within ninety days thereafter.

      d.    Defendant Government of Guam intends to propound the following discovery: 1) Requests for Production of Documents; 2) Interrogatories; and 3) Requests for Admissions on Plaintiff.

///

///

///

///

e. Defendant Government of Guam intends to depose fact and expert witnesses with respect to the accuracy of the amounts claimed in Plaintiff's Complaint and the Government of Guam's liability for those amounts.

DATED this 7th day of November, 2003.

/s/ John S. Unpingco
**JOHN S. UNPINGCO**
Chief District Judge

APPROVED AS TO FORM AND CONTENT:

DOOLEY LANNEN ROBERTS & FOWLER LLP

Date: 11/3/03     By: _____
**KEVIN J. FOWLER**
Attorneys for Plaintiff

OFFICE OF THE ATTORNEY GENERAL
- SOLICITORS DIVISION

Date: 11/4/03     By: _____
**ERIC A. HEISEL**
Attorneys for Defendant

**RECEIVED**
NOV 05 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM