DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223



FILED
DISTRICT COURT OF GUAM
MAR 15 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Plaintiff
Zurich Insurance (Guam), Inc.

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| ZURICH INSURANCE (GUAM), INC., | CIVIL CASE NO. 03-00033 |
| Plaintiff, | |
| vs. | **STIPULATED FINAL JUDGMENT AND PAYMENT ORDER** |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

The above-captioned parties, through counsel, hereby stipulate to the entry of judgment as follows:

1.  Judgment shall be entered in favor of Plaintiff Zurich Insurance (Guam), Inc. ("Zurich") in the amount of $708,444.00.

2.  The Defendant, Government of Guam, shall pay the sum of $708,444.00 to Zurich in three (3) equal installments payable as follows:

    a. The sum of $236,148.00 on or before April 15, 2004;

    b. The sum of $236,148.00 on or before May 15, 2004; and

    c. The sum of $236,148.00 on or before June 15, 2004.

ORIGINAL

3. Interest shall accrue, from the date any payment is not made on the date it is due as set forth above, at the rate of interest as provided in 28 U.S.C.S. §1961(c)(1) and 26 U.S.C.S. §6621.

4. The parties shall bear their respective costs and attorneys' fees.

5. The Court shall retain jurisdiction to enforce the terms of this Stipulated Final Judgment.

SO STIPULATED:

DOOLEY ROBERTS & FOWLER LLP

Date: 3/3/04       By: /s/ KEVIN J. FOWLER
                   Attorneys for Plaintiff

OFFICE OF THE ATTORNEY GENERAL
- CIVIL LITIGATION UNIT

Date: 3/10/04      By: /s/ JOSEPH A. GUTHRIE
                   Attorneys for Defendant

SO ORDERED AND ADJUDGED this 15th day of March, 2004.

Notice is hereby given that this document was entered on the docket on 3/15/2004. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: /s/          3/15/2004
Deputy Clerk     Date

/s/ JOHN S. UNPINGCO
Chief District Judge

KJF:lml:fad F#Z100.112 D#Zurich-GovGuam – Stipulated Final Judgment and Payment Order

RECEIVED
MAR 12 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM