DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Plaintiff
Zurich Insurance (Guam), Inc.



IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| ZURICH INSURANCE (GUAM), INC., | CIVIL CASE NO. 03-00033 |
| Plaintiff, | |
| vs. | SATISFACTION OF JUDGMENT |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

TO: CLERK, DISTRICT COURT OF GUAM

PLEASE TAKE NOTICE that the Stipulated Final Judgment and Payment Order in the above-captioned matter against Government of Guam has been fully paid and satisfied.

Dated this ___ day of August, 2004.

DOOLEY ROBERTS & FOWLER LLP

By: _____
KEVIN J. FOWLER
Attorneys for Plaintiff

KJF:lml:fad F#Z100.112 D#Zurich-GovGuam – Satisfaction of Judgment